AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

DARLENE THOMPSON,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:07-CV-00011-HDM-VPC**

MICHAEL J. ASTRUE,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's, Darlene Thompson, Motion for Reversal (Document #12) is granted and Defendant's, Michael J. Astrue, Cross Motion to Affirm the Commissioner's Final Decision (Document #15) is denied.
    Accordingly, the decision of the ALJ is reversed and this action is remanded for further proceedings consistent with the opinion filed on May 20, 2008 (Document #17).

  May 22, 2008                              **LANCE S. WILSON**
                                                      Clerk

                                                    /s/ Katie Lynn Ogden
                                                       Deputy Clerk